Paul M. KNIGHT, Appellant,

v.

E. E. SAUNDERS & COMPANY, owner of THE MYSTIC C, Appellee.

No. 15361.

United States Court of Appeals Fifth Circuit.

April 12, 1956.

Arthur Roth, Miami, Fla., for appellant.

E. Dixie Beggs, Pensacola, Fla., Yonge, Beggs & Lane, Pensacola, Fla., for appellee.

Before TUTTLE, CAMERON and JONES, Circuit Judges.

PER CURIAM.

For the reasons assigned in the opinion of the District Judge, Knight v. E. E. Saunders & Co., D.C., 134 F.Supp. 7, the appealed judgment is

Affirmed.